| | |
|---|---|
| 1 | CAROL C. LAM |
| | United States Attorney |
| 2 | TIMOTHY D. COUGHLIN |
| | Assistant U.S. Attorney |
| 3 | California State Bar No.057571 |
| | Federal Office Building |
| 4 | 880 Front Street, Rm. 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7044 |
| | Timothy.Coughlin@usdoj.gov |

FILED

2006 OCT 11 PM 2: 15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            ) Criminal Case No. 93cr1286R
                                     )
                    Plaintiff,       )
                                     )
          v.                         ) GOVERNMENT'S MOTION TO DISMISS
                                     ) INDICTMENT AND RECALL ARREST
LENKA LARKIN                         ) WARRANT
                                     )
                    Defendant.       )
_____)

COMES NOW the United States of America, by and through its counsel, Carol C. Lam, United States Attorney, and Timothy D. Coughlin, Assistant U.S. Attorney, and hereby moves this Court to dismiss the indictment against defendant LENKA LARKIN filed in the above-captioned case due to the age of the case and because the whereabouts of the defendant is still unknown.

It is further requested that any warrants issued in this case be recalled.

DATED: October 3, 2006

Respectfully submitted,

CAROL C. LAM
United States Attorney

TIMOTHY D. COUGHLIN
Assistant U.S. Attorney

```
                                              FILED

                                          2006 OCT 11  PM 2:15

                                          CLERK US DISTRICT COURT
                                        SOUTHERN DISTRICT OF CALIFORNIA

                                        BY_____DEPUTY
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 93cr1286R |
| Plaintiff, | ) |
| v. | ) ORDER OF DISMISSAL OF |
| | ) INDICTMENT AND WITHDRAWAL OF |
| LENKA LARKIN | ) WARRANT |
| Defendant. | ) |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant LENKA LARKIN is dismissed.

IT IS FURTHER ORDERED that any warrants issued in this case be recalled.

DATED: 10/4/06

_____
UNITED STATES DISTRICT COURT JUDGE